**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:06CR589-002 |
| Plaintiff(s), | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| VALERIE THOMAS, | ) | |
| | ) | **ORDER** |
| Defendant(s). | ) | |

The Defendant appeared before this Court on November 20, 2008 for a hearing on Supervised Release Violations.

After an in-chambers conference, the Court, Counsel and Probation Officer agreed that a determination of the Defendant's mental condition under 18 U.S.C.§ 4244(b) was necessary. Therefore it is

ORDERED that such examination shall be conducted pursuant to 18 U.S.C.§ 4244(b) and shall be completed no later than November 30, 2008;

FURTHER ORDERED that a psychiatric and/or psychological examination of the Defendant pursuant to 18 U.S.C. § 4244(b) with provisions under 18 U.S.C. 4247(c) shall be conducted and a report on the same submitted to the Court and served on counsel of record (Assistant United States Attorney Antoinette T. Bacon, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113 and Defense Counsel Edele Passalacqua, Passalacqua & Associates, 2830 Franklin Boulevard, Cleveland, OH, 44113).

FURTHER ORDERED that should the examiner(s) need additional time to complete their examination of the Defendant, they shall file a motion with the Court showing good cause why the additional time is necessary to observe and evaluate the Defendant according to 18 U.S.C. § 4247(b);

FURTHER ORDERED that the psychiatric and/or psychological examination shall be performed at **ALLIED BEHAVIORAL HEALTH SERVICES, 23792 LORAIN ROAD, SUITE 100, NORTH OLMSTED, OH 44070, (440) 734-4037 ON TUESDAY, NOVEMBER 25, 2008.**  The examination will take place from 11:00 a.m. to 1:00 p.m.;

FURTHER ORDERED that the Defendant will be released on an Unsecured Bond of Ten Thousand Dollars ($10,000) on Tuesday, November 25, 2008 beginning at 9:00 a.m. until 5:00 p.m. to be attended by the Probation Department for transport to and from psychiatric and/or psychological examination.  Defendant is released under the standard conditions of bond and will adhere to the instructions of the Probation Officer at all times.  Defendant shall report to Lake County Jail no later than 5:00 p.m.;

FURTHER ORDERED that a hearing shall be scheduled in this matter after the results of the Defendant's examination have been submitted to the Court and counsel;

FURTHER ORDERED that the Defendant shall continue to receive, while in federal custody, all necessary medications, if any, currently prescribed to her; and,

FURTHER ORDERED that the Court holds in abeyance the violation hearing until after completion of the report on Defendant's psychiatric and/or psychological examination .

IT IS SO ORDERED.

s/Christopher A. Boyko
Christopher A. Boyko
United States District Judge

November 21, 2008